In the present action, which has all the aspects of a suit for the malicious use of legal process, there was no proof that such process had been issued and no proof that the proceeding giving rise to such process had terminated in plaintiff's favor. Even if this suit was one for the abuse of legal process, there is no proof of the existence of the process alleged to have been maliciously abused. For all that appears in the record, the deputy sheriff and the "two 'strong-arm' men" who evicted him may have been acting without color of legal authority. The maximum of plaintiff's proof was that there was an appearance of the malicious use of legal process against him. Such proof is inadequate to sustain the cause of action pleaded.

The judgment is affirmed.

## North Pennsylvania Railroad Company *v.* Reading Company, Appellant.

Argued January 9, 1936. Before SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

568

*Wm. Clarke Mason*, with him *H. Orvel Sebring, Jr.*, for appellant.

*Ralph B. Evans*, for appellee.

PER CURIAM, March 23, 1936:
The judgment is affirmed on the opinion of President Judge FINLETTER.